People v Lemoullec (2023 NY Slip Op 03480)

People v Lemoullec

2023 NY Slip Op 03480

Decided on June 28, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 28, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
ANGELA G. IANNACCI
LINDA CHRISTOPHER
BARRY E. WARHIT, JJ.

2019-01143
2019-03010

[*1]The People of the State of New York, respondent,
v
Aimee J. Lemoullec, appellant. (Ind. Nos. 439/16, 452/18)

Richard L. Herzfeld, New York, NY, for appellant, and appellant pro se.
David M. Hoovler, District Attorney, Goshen, NY (Alexander J. H. Ochoa and Andrew R. Kass of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from (1) a judgment of the County Court, Orange County (Craig Stephen Brown, J.), rendered December 18, 2018, convicting her of criminal possession of a weapon in the third degree under Indictment No. 452/18, upon her plea of guilty, and imposing sentence, and (2) an amended judgment of the same court, also rendered December 18, 2018, revoking a sentence of probation previously imposed by the same court, upon a finding that she violated conditions thereof, upon her admission, and imposing a sentence of imprisonment upon her previous conviction of driving while intoxicated under Indictment No. 439/16.
ORDERED that the judgment and the amended judgment are affirmed.
We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to Anders v California (386 US 738), and we have also reviewed the defendant's pro se supplemental brief (see Matter of Sylvie A. S. [Cynthia F. W.], 209 AD3d 657). Upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (see Anders v California, 386 US 738; Matter of Giovanni S. [Jasmin A.], 89 AD3d 252; People v Paige, 54 AD2d 631; cf. People v Gonzalez, 47 NY2d 606).
BARROS, J.P., IANNACCI, CHRISTOPHER and WARHIT, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court